IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$9,494.00 IN U.S. CURRENCY AND
$11,030.00 IN U.S. CURRENCY,

        Defendants.

Case No. 22-cv-549-jdp

## DEFAULT JUDGMENT

The defendants and the potential claimants, having failed to appear, plead or otherwise defend in this action, and default having been entered on March 8, 2023, and counsel for plaintiff having requested judgment against the defaulted defendant and potential claimants, and having filed a proper motion and declaration in accordance wit the Federal Rules of Civil Procedure 55(a) and (b);

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that;

1.    The Default Judgment is hereby entered whereby all right, title, and interest in the defendants $9,494.00 in U.S. currency and $11,030.00 in U.S. currency, is conveyed to the Plaintiff, the United States of America.

2. The $9,494.00 in U.S. currency and $11,030.00 in U.S. currency is to be disposed of according to federal law.

DATED May 2, 2023

BY THE COURT:

JAMES D. PETERSON
United States District Judge

Entered this 2nd day of May 2023

JOEL TURNER, Clerk of Court
United States District Court